IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL   DIVISION

United States of America,                )
                              Plaintiff,      )
                                            )
              v.                            )        No.   2:12-cr-04060-FJG-1
                                            )
Jose Guadalupe Zaragosa-Berber,      )
                              Defendant.   )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge

Matt J. Whitworth (Doc. #13 filed on December 18, 2012), to which no objection has

been filed, the plea of guilty to the Indictment which was filed on December 13, 2012, is

now accepted.   Defendant is adjudged guilty of such offense(s).   Sentencing will be set

by subsequent order of the court.

 */s/ Fernando J. Gaitan, Jr.*
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated:  January 10, 2013
Kansas City, Missouri